IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| TERRINA A. BROOKS, | § § § | |
| *Plaintiff*, | § | |
| v. | § § | Civil Action No. 1:20-cv-02617-DKC |
| UNITED PARCEL SERVICE, INC. | § § § | |
| *Defendant.* | § | |

### RULE 41 JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff Terrina A. Brooks and Defendant United Parcel Service, Inc. hereby stipulate to a dismissal with prejudice of all claims in the above-styled civil action. Each party will bear their own costs and fees.

Respectfully submitted this 24th day of August 2023.


*/s/  Andrew M. Dansicker (signed by permission by Christine E. Reinhard)*
Andrew M. Dansicker (Bar # 11765)
adansicker@dansickerlaw.com
LAW OFFICE OF ANDREW M. DANSICKER, LLC
Executive Plaza II, Suite 705
11350 McCormick Road
Hunt Valley, Maryland 21031
Phone: 410-771-5668
Fax:   443-927-7390

**ATTORNEY FOR PLAINTIFF
TERRINA BROOKS**

| | |
|---|---|
| */s/ Christine E. Reinhard* | Sasha E. Hodge-Wren (#20530) |
| Christine E. Reinhard (*Pro Hac Vice)* | shodgewren@milesstockbridge.com |
| Texas Bar No. 24013389 | MILES & STOCKBRIDGE, P.C. |
| creinhard@sr-llp.com | 1201 Pennsylvania Ave., Suite 900 |
| Harrison M. Smith (*Pro Hac Vice*) | Washington, DC 2004 |
| Texas Bar No. 24103938 | Phone: (202) 465-8424 |
| hsmith@sr-llp.com | Fax: (202) 465-8424 |
| Laura C. Emadi (*Pro Hac Vice*) | |
| Texas Bar No. 24105838 | |
| lemadi@sr-llp.com | |
| SCHMOYER REINHARD LLP | |
| 8000 IH 10 West, Suite 1600 | |
| San Antonio, TX 78230 | |
| Phone: (210) 447-8033 | |
| Fax:    (210) 447-8036 | |

**ATTORNEYS FOR DEFENDANT**
**UNITED PARCEL SERVICE, INC. (OHIO)**